UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HUSEL,

    *Plaintiff*,

v.

    Case No. 2:24-cv-11060
    Hon. Jonathan J.C. Grey

TRINITY HEALTH CORPORATION,

    *Defendant*.

_____/

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff William Husel ("Plaintiff") and Defendant Trinity Health Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby state and stipulate as follows:

WHEREAS, on May 24, 2024, Defendant filed a motion to dismiss the above captioned action. (ECF No. 4).

WHEREAS, on June 16, 2024, the Parties stipulated, and the Court ordered and set, a briefing schedule for the Defendant's motion to dismiss. (ECF No. 8, the "Order").

WHEREAS, per the Court's Order, Plaintiff's opposition to the motion to dismiss, if any, shall be filed on June 21, 2024.

WHEREAS, on June 18, 2024, Plaintiff requested from Defendant a one-week extension to file his opposition to the motion to dismiss on or before June 28, 2024.

WHEREAS, on June 19, 2024, Defendant granted Plaintiff's request.

**NOW, THEREFORE, IT IS STIPULATED, and the Parties Jointly Request that**:

1. Plaintiff's opposition to the motion to dismiss, if any, shall be filed on or before June 28, 2024; and

2. Defendant's reply in support of the motion to dismiss, if any, shall be filed on or before July 26, 2024; and

3. This Stipulation and Proposed Order may be signed electronically and in counterpart.

[*signatures on following page*]

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Robert S. Landy* | */s/ Kevin F. O'Shea* |
| Robert S. Landy | Kevin F. O'Shea |
| Ford O'Brien Landy, LLP | The Miller Law Firm, P.C. |
| 275 Madison Avenue, 24th Floor | 950 West University Drive, Suite 300 |
| New York, New York 10016 | Rochester, Michigan 48307 |
| Telephone: (212) 858-0040 | Telephone: (248) 841-2200 |
| Facsimile: (646) 650-2219 | Facsimile: (248) 652-2852 |
| rlandy@fordobrien.com | kfo@millerlawpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO, ORDERED.**

s/ Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
Dated: June 24, 2024              United States District Judge