# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM HUSEL,

    Plaintiff,

                                                           Civil Action No. 24-cv-11060

v.                                                 HON. JONATHAN J.C. GREY

TRINITY HEALTH
CORPORATION,

    Defendant.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiff's cause of action is **DISMISSED**.

**SO ORDERED**.

                                                **s/ Jonathan J.C. Grey**
                                                Jonathan J.C. Grey
Dated: March 30, 2025                    United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager